```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

PAUL BEETZ III, Individually,      )
as Trustee of the,                 )
                                   )
            Plaintiff,              )         4:07CV3078
                                   )
      V.                           )
                                   )
THOMAS AMBROSI, AMBROSI,            )              ORDER
DONAHUE, CONGDON, & Co.,            )
P.C., MAE BRADSHAW, MAE             )
BRADSHAW, P.C., and LINDLEY         )
BRIGGS, Individually, and as        )
Trustee of the,                    )
                                   )
            Defendants.             )
                                   )

Upon the oral motion of the parties,

IT IS ORDERED:

a.  The parties' motion for an extension of the deadline for filing the Report of Parties' Planning Conference is granted.

b.  Provided the case is not dismissed, the parties shall electronically file their Rule 26 meeting report within ten days after the court's ruling on the defendants' pending motion to dismiss.

DATED this 5th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge